■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO TORRES, Appellant.—Appeal by defendant from a judgment of Supreme Court, Kings County, rendered April 14, 1976, convicting him of criminal sale of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with appellant's assigned counsel that there are no meritorious grounds which could be raised on this appeal. Counsel's application for leave to withdraw is granted (see *Anders v California,* 386 US 738; *People v Pearson,* 62 AD2d 1043; *People v Foster,* 58 AD2d 814; cf. *People v Gonzalez,* 47 NY2d 606). Hopkins, J. P., Titone, Mangano and Rabin, JJ., concur.